**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000463
06-JUN-2024
07:50 AM
Dkt. 74 SO**

NO. CAAP-20-0000463


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


GORDON KLASSEN as Trustee of the Gordon Klassen
Living Trust dated November 5, 2012 and BRENDA KLASSEN
as Trustee of the Brenda Klassen Living Trust
dated November 5, 2012, Plaintiff-Appellee, v.
Heirs and/or assigns of INOA (k), aka
AINOA (k), deceased,
Heirs and/or assigns of KALAMANU (k), deceased,
Heirs and/or assigns of MARY MIRANDA, aka
MARY TRASK, deceased,
Heirs and/or assigns of HATTIE HUDDY, aka
HARRIET HUDDY, aka HATTIE TRASK and
HARRIET TRASK, deceased,
Heirs and/or assigns of BERYLE MAPUANA
BRUHN, deceased,
Heirs and/or assigns of PAUL JAMES BRUHN, aka
PAUL JAMES BRUHN, JR., deceased,
PAUL MILIAKEALA BRUHN-LEONI,
ELIZABETH K. WALLWORK, aka
ELIZABETH KANOENA MUNDON,
Heirs and/or assigns of JAMES HUDDY, JR., deceased,
JAMES HUDDY, III,
Heirs and/or assigns of ANNA HUDDY ORTIZ, deceased,
SANFORD L. HUDDY,
Heirs and/or assigns of ELIZABETH HUDDY COCKETT, aka
ELIZABETH L. COCKETT, deceased,
Heirs and/or assigns of ABRAHAM HUDDY, deceased,
Heirs and/or assigns of DAVID HUDDY, deceased,
Heirs and/or assigns of CHARLA HUDDY LUM, aka
CHARLA ANN HAUNANI HUDDY, and CHARLA DERVILY, deceased,
Heirs and/or assigns of JOHN A. TRASK, aka
JOHN AKIMA TRASK, deceased,
Heirs and/or assigns of ANNIE APO aka
ANNIE TRASK and ANNIE MIRANDA, deceased,

Heirs and/or assigns of HAZEL APO GROSS, aka
ANNIE HAZEL APO, HAZEL APO, ANNIE HAZEL SHIN, and
HAZEL A. SHIN, deceased
Heirs and/or assigns of ALMIRA KAWAILIULA APO, aka
ALMIRA APO and ALMIRA KAUAILIULA#O#MANA
OGOTO TANIGUCHI DUSENBERRY, deceased,
ANNIE W. LACRO, CLIFFORD K. APO, HARTWELL P. APO,
LANI APO, aka LANI KAEO APO; MITCHEL K. APO,
DALPHIN A.K. APO TREMAINE,
DAPHNE A.K. APO NAWAI, aka DAPHNE ALYCE
KAWAIULAILIAHI NAWAI, KATHERINE EASTMAN,
ASHLEY L. APO, CODY K. APO,
Heirs and/or assigns of DAVID ILIILII TRASK, deceased,
Heirs and/or assigns of NANCY TRASK NAUKANA, aka
NANCY TRASK NAUKANA, aka NANCY TRASK and
NANCY T. APO, deceased,
Heirs and/or assigns of WILLIAM WERNER, JR. deceased,
STATE OF HAWAI#I, Office of Hawaiian Affairs,
LVNV FUNDING LLC,
COUNTY OF KAUAI,
ROLAND STOER, SUSANNE SCHROEDER, owner and
occupants of adjoining lands; (4)4-9-013-002 and
JOHN DOES 1-100, JANE DOES 1-100, DOE PARTNERSHIPS 1-100,
DOE CORPORATIONS 1-100, DOE ENTITIES 1-100,
DOE GOVERNMENTAL ENTITIES 1-100 AND ALL OTHER UNKNOWN
PERSONS CLAIMING ANY RIGHT, TITLE ESTATE, LIEN OR
INTERESTS IN THE REAL PROPERTY DESCRIBED IN THE
COMPLAINT ADVERSE TO PLAINTIFF'S TITLE, Defendants,
LEONAE RODRIGUES, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CIVIL NO. 14-1-0265

SUMMARY DISPOSITION ORDER
(By: Leonard, Acting Chief Judge, Hiraoka and Nakasone, JJ.)

Defendant-Appellant Leonae Rodrigues (**Rodrigues**), self-represented, appeals from a June 29, 2020 Order Denying [Rodrigues's] "Motion the Court for Reconsideration on Hearing Below" Filed February 28, 2020 (**Order Denying Reconsideration**) entered by the Circuit Court of the Fifth Circuit (**Circuit Court**).[1]  On temporary remand from this court, on January 25, 2021, the Circuit Court entered an Amended Judgment, which is

---

[1]  The Honorable Kathleen N.A. Watanabe presided.

final and appealable pursuant to Hawaiʻi Rules of Civil Procedure Rule 54(b).

Rodrigues filed an Opening Brief, which we have carefully reviewed. However, Rodrigues's Opening Brief does not comply with the Hawaiʻi Rules of Appellate Procedure (**HRAP**) in numerous and important ways. See, e.g., HRAP Rules 28(b)(4), (7). We focus on the important infirmities because they hamper our review of her appeal. Rodrigues does not include any points of error or arguments that the Circuit Court erred in its rulings. Rodrigues does not include any citations to the record, including where she contends that the Circuit Court erred and where she raised her arguments or objections in the trial court. Rodrigues cites no statutes, rules, cases or other legal authorities supporting her contention that she is entitled to relief. Most fundamentally, Rodrigues makes no cogent argument that the Circuit Court erred in any way.

Hawaiʻi courts have long adhered to the policy of affording litigants the opportunity to be heard on the merits whenever possible. Morgan v. Planning Dep't, Cnty. of Kauai, 104 Hawaiʻi 173, 180-81, 86 P.3d 982, 989-90 (2004) (citing O'Connor v. Diocese of Honolulu, 77 Hawaiʻi 383, 386, 885 P.2d 361, 364 (1994)). In view of this longstanding policy, self-represented litigants like Rodrigues do not automatically have their access to appellate review foreclosed because of failure to conform to requirements of the procedural rules. Id. In that light, we have carefully reviewed Rodrigues's statements to the extent they

can be discerned.  We nevertheless conclude that no relief can be granted on this appeal.

For these reasons, the Circuit Court's January 25, 2021 Amended Judgment is affirmed.

DATED: Honolulu, Hawaiʻi, June 6, 2024.

On the briefs:

Leonae Rodrigues,
Defendant-Appellant *Pro Se*.

Glen T. Hale,
for Plaintiffs-Appellees.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Karen T. Nakasone
Associate Judge